# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK WERTHMAN,<br><br>Plaintiff,<br><br>v.<br><br>DOCTOR M. MURPHY,<br><br>Defendant. | Case No. 2:18-cv-09078-JAK (MAA)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint (ECF No. 3), Defendant's Motion to Dismiss (ECF No. 15), Plaintiff's Opposition (ECF No. 18), Defendant's Reply (ECF No. 19), the other records on file herein, and the Report and Recommendation of United States Magistrate Judge (ECF No. 22). The time for filing objections has expired and no objections have been made. The Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

IT THEREFORE IS ORDERED that:

1. The Report and Recommendation of United States Magistrate Judge is ACCEPTED and ADOPTED;
2. Defendant's Motion to Dismiss is DENIED;

///

3. Defendant is ORDERED to file an Answer within fourteen (14) days of the issuance of this Order.

DATED: October 31, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE