UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **2:18-cv-09078-JAK (MAA)** | Date: **December 17, 2019** |
| Title **Mark Werthmann v. Doctor M. Murphy** | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Chris Silva | N/A |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|:---:|:---:|
| N/A | N/A |

**Proceedings (In Chambers):** Order Regarding Settlement Officer Selection

On November 18, 2019, the Court issued a Scheduling Order regarding discovery and pretrial motions. ("Order," ECF No. 30.) Among other deadlines, the Order required each party to file and serve their selection of settlement officer on or before **December 2, 2019**. (*Id*. at 5.) The Order stated that each party may choose either: (1) Magistrate Judge Maria A. Audero, or (2) another Magistrate Judge assigned by Judge Audero. (*Id*.)

To date, neither Plaintiff Mark Werthman ("Plaintiff") nor Defendant Doctor M. Murphy ("Defendant") has not filed a selection of settlement officer. Plaintiff and Defendant are **ORDERED TO SHOW CAUSE** by **December 31, 2019** why they have failed to comply with the Court's Order. If Plaintiff and Defendant file their selection of settlement officer on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken.

It is so ordered.

| | |
|---:|:---:|
| **Time in Court:** | 0:00 |
| **Initials of Preparer:** | CSI |